` NEWHOFF & SONS *et al. v.* CLEGG & CO. *et al.*

*Lumpkin, J.*—The evidence introduced and relied upon by the plaintiffs to impeach as fraudulent a mortgage attacked by their petition was insufficient to authorize a finding that it was not a' *bona fide* and valid lien for the amount expressed upon its face; and consequently there was no error in dismissing the petition as to the defendant who held this mortgage.

.                                *Judgment affirmed.*

June 12, 1896.  By two Justices.  Argued at the last term.

Equitable petition.    Before Judge Fish.    'Sumter superior court.    November term, 1894.

*Cutts & Hixon, Clarke & Hooper, Lumpkin & Nisbet* and *Ansley & Ansley*, for plaintiffs.    *James Dodson & Son, E. A. Hawkins* and *Fort & Watson*, contra.

---

HOOPER & HIXON *v.* CLEGG & CO. *et al.*

*Simmons, C. J.*—This case upon its facts is controlled by the decision of this court in *Lewis v. Edwards*, 92 *Ga.* 533, and the court committed no error in declining to allow the fees of plaintiff's counsel to be paid out of the fund in court.

*Judgment affirmed.*

June 12, 1896.  By two Justices.  Argued at the last term.

Intervention for fees.    Before Judge Fish.    Sumter superior court.    November term, 1894.

*E. H. Cutts* and *W. F. Clarke*, for plaintiffs.    *Dodson & Son, E. A. Hawkins* and *Fort & Watson*, contra.